■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY HARRIS, Appellant. (Appeal No. 2.)—Order unanimously affirmed for reasons stated at Supreme Court, Gorman, J. (Appeal from order of Supreme Court, Onondaga County, Gorman, J.—CPL 440.10.) Present—Dillon, P. J., Denman, Boomer, Green and Davis, JJ.

■ J. M. HEINIKE ASSOCIATES, INC., Appellant, v RANSOM ENTERPRISES, INC., Respondent. (Appeal No. 1.)—Order unanimously affirmed without costs. Same memorandum as in *Heinike Assocs. v Ransom Enters.* ([appeal No. 2] 154 AD2d 892 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Doyle, J.—contempt of court.) Present—Dillon, P. J., Denman, Boomer, Green and Davis, JJ.